UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE PALMS OF PEMBROKE
CONDOMINIUM ASSOCIATION, INC., a
Florida non-profit corporation,

      Plaintiff,

vs.                                                      CASE NO.:   0:13-cv-62202-KAM

GLENCOE INSURANCE, LTD., a foreign
corporation, WESTCHESTER SURPLUS
LINES INSURANCE COMPANY, a foreign
corporation,

      Defendants.

_____

## NOTICE OF SETTLEMENT

Defendant, GLENCOE INSURANCE, LTD, ("GLENCOE"), by and through undersigned counsel, hereby notifies the Court that a settlement agreement has been reached between the parties, and that documentation of this settlement is currently being prepared by the parties. The Parties will file a Dismissal with Prejudice upon exchange of settlement documentation, not to exceed 30 days from date of this notice.

Dated: July 10, 2015

Tampa, FL

                                  Respectfully submitted,

                                  /s/*Bruce A. Aebel*_____
                                  Bruce A. Aebel
                                  Florida Bar No: 0066435
                                  Email:  baebel@bankerlopez.com
                                  Garett Raines
                                  Florida Bar No: 0037178
                                  Email: graines@bankerlopez.com
                                  Christopher W. Hollman
                                  Florida Bar No: 0037074

Email:  chollman@bankerlopez.com
BANKER LOPEZ GASSLER P.A.
501 E. Kennedy Blvd., Suite 1500
Tampa, FL  33602
(813) 221-1500
Fax No: (813) 222-3066
Attorneys for Defendant
Glencoe Insurance, Ltd.

### CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2015, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system.

/s/*Bruce A. Aebel*_____
Bruce A. Aebel
Florida Bar No: 0066435
Email:  baebel@bankerlopez.com
Garett Raines
Florida Bar No: 0037178
Email: graines@bankerlopez.com
Christopher W. Hollman
Florida Bar No: 0037074
Email:  chollman@bankerlopez.com
BANKER LOPEZ GASSLER P.A.
501 E. Kennedy Blvd., Suite 1500
Tampa, FL  33602
(813) 221-1500
Fax No: (813) 222-3066
Attorneys for Defendant
Glencoe Insurance, Ltd.