UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:13-cv-62202-KAM

THE PALMS OF PEMBROKE
CONDOMINIUM ASSOCIATION, INC.,
a Florida non-profit corporation,

    Plaintiff,

v.

GLENCOE INSURANCE, LTD.,
a foreign corporation.

    Defendant.

_____/

## PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, THE PALMS OF PEMBROKE CONDOMINIUM ASSOCIATION, INC., by and through undersigned counsel, hereby voluntarily dismisses the complaint filed against Defendant, GLENCOE INSURANCE LTD. Said dismissal is with prejudice.

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2015, a true and correct copy of the foregoing was served on all counsel or parties of record on the Service List below.

Bruce A. Aebel, Esq.
Banker Lopez Gassler, P.A.
501 East Kennedy Blvd.
Suite 1500
Tampa, Florida 33602
Tel:   813-221-1500
Fax:   813-222-3066
Email: baebel@bankerlopez.com
Attorney for Defendant Glencoe Insurance LTD.

By: /s/ Mariano R. Gonzalez
Mariano R. Gonzalez, Esq.
Florida Bar No. 983063
Primary: mg@gonzalezlegal.com
Secondary: cathy@gonzalezlegal.com
Law Offices of
Gonzalez & Associates, P.A.
Attorneys for Plaintiff
3600 Red Road, Suite 603
Miramar, Florida 33025
Tel: 954-538-1304
Fax: 954-538-1305