UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-62202-CIV-MARRA\MATTHEWMAN

THE PALMS OF PEMBROKE
CONDOMINIUM ASSOCIATION, INC.,

    Plaintiff,

v.

GLENCOE INSURANCE, LTD.,
and WESTCHESTER SURPLUS
LINES INSURANCE COMPANY,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon Plaintiff's Voluntary Dismissal With Prejudice [DE 112]. The Court has reviewed the record herein and is otherwise fully advised in the premises. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own fees and costs. The Clerk of this Court shall **CLOSE** this Case. All pending motions are **DENIED AS MOOT** with each party to bear its own fees and costs.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 5th day of August, 2015.

_____
KENNETH A. MARRA
United States District Judge